The People of the State of Illinois, defendant in error, v. Ronald C. Oldham, plaintiff in error. Gen. No. 36,788.

Heard in the second division of this court for the first district at the June term, 1933. ▮▮▮▮▮▮ Opinion filed May 1, 1934.

Murphy O. Tate and Werner W. Schroeder, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and J. Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.